```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-49080 RLE |
| **WALTER HAMILTON JOHNSON, JR.,** | Chapter 13 |
| Debtor. | OPPOSITION TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING |
| _____/ | |

Debtor, Walter Hamilton Johnson, Jr., ("Debtor") hereby opposes the Chapter 13 Trustee's Motion to Dismiss his case for failure to set hearing on Trustee's Objection to Motion to Modify Chapter 13 Plan. The Motion to Modify Plan was withdrawn on April 5, 2011. Debtor will continue to make his monthly Chapter 13 plan payments.

Dated: April 5, 2011

                               /s/ Corrine Bielejeski
                               CORRINE BIELEJESKI
                               Attorney for Debtor